DECEMBER 17, 1945

No. 50779.— ▬▬▬▬▬▬▬▬ Protest 94151–K of V. Casazza & Bro. ▬▬▬▬▬▬ Motion of Government for rehearing granted.